```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 16-62254-CIV-ZLOCH
```

ATILLO E. CHIQUILLO,

    Plaintiff,

vs.                                    **FINAL ORDER OF DISMISSAL**

J.J. CARPET & GENERAL SERVICES,
INC., and JOHN JAIRO MARTINEZ,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Motion For Approval Of Parties' Settlement Agreement And Stipulated Dismissal With Prejudice (DE 13) filed herein by all Parties. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion For Approval Of Parties' Settlement Agreement And Stipulated Dismissal With Prejudice (DE 13) filed herein by all Parties filed herein by all Parties be and the same is hereby **GRANTED**;

    2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the Parties' Confidential Settlement Agreement And Mutual General Release (DE 13-1) has been reviewed by the Court and the same are hereby approved, adopted, and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Confidential Settlement Agreement And Mutual General Release (DE 13-1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___25th___ day of January, 2017.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel and Parties of Record